890

[980 NE2d 523, 956 NYS2d 474]

The People of the State of New York, Appellant, v Vincent Torres, Respondent. (Appeal No. 1.)

The People of the State of New York, Appellant, v Vincent Torres, Respondent. (Appeal No. 2.)

Decided November 20, 2012

**APPEARANCES OF COUNSEL**

*William J. Fitzpatrick, District Attorney*, Syracuse (*Victoria M. White* of counsel), for appellant in the first and second above-entitled actions.

*J. Scott Porter*, Seneca Falls, for respondent in the first and second above-entitled actions.

**OPINION OF THE COURT**

MEMORANDUM.

The orders of the Appellate Division should be affirmed.

Defendant adequately preserved the argument that the exclusion of his wife from the courtroom violated his right to a public trial (*see People v Alvarez*, 20 NY3d 75, 81 [2012]; *see also People v Caban*, 14 NY3d 369, 373 [2010]). The closure of the courtroom during jury selection was not trivial (*see People v Martin*, 16 NY3d 607, 613 [2011]).

Chief Judge LIPPMAN and Judges CIPARICK, GRAFFEO, READ, SMITH and PIGOTT concur.

On review of submissions pursuant to section 500.11 of the Rules of the Court of Appeals (22 NYCRR 500.11), orders affirmed in a memorandum.